## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Phoenixville Hospital, LLC, | : | |
| Appellant | : | **CASES CONSOLIDATED** |
| | : | |
| v. | : | No. 1281 C.D. 2021 |
| | : | |
| County of Chester Board of | : | |
| Assessment Appeals, | : | |
| Phoenixville Area School District | : | |
| and Borough of Phoenixville | : | |
| | | |
| Phoenixville Hospital, LLC, | : | |
| Appellant | : | |
| | : | |
| v. | : | No. 1285 C.D. 2021 |
| | : | |
| County of Chester Board of | : | |
| Assessment Appeals and | : | |
| Phoenixville Area School District | : | |

**PER CURIAM**                    **O R D E R**


NOW, April 14, 2023, having considered Appellant's application for reargument and Appellees' answers in response thereto, the application is DENIED.